UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHARRON WAYNE,

Defendant.

**ORDER**

22 Cr. 631 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The briefing schedule for Defendant's motion to suppress is as follows: Defendant's moving papers will be filed by **January 6, 2023**. The Government's opposition papers will be filed by **January 25, 2023**. Defendant's reply papers will be filed by **February 1, 2023**.

A hearing for the motion to suppress is scheduled for **February 14, 2023, at 10:00 a.m.** If the Court determines that such a hearing is unnecessary, it will conduct a status conference at the same date and time.

Dated: New York, New York
       November 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge