UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SHARRON WAYNE,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 631 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On **February 14, 2023, at 10:00 a.m.**, this Court will conduct an evidentiary hearing concerning Defendant's motion to suppress.

Dated:  New York, New York
        February 2, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge