UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHARRON WAYNE,

Defendant.

**ORDER**

22 Cr. 631 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's hearing concerning Defendant's motion to suppress, the schedule for additional briefing is as follows: Defendant's moving papers will be filed by **April 18, 2023**. The Government's response will be filed by **April 25, 2023**. Defendant's reply papers will be filed by **May 2, 2023**.

Dated: New York, New York
April 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge