# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 17, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED:**
Defendant's moving papers will be filed by **April 25, 2023**.
The Government's response will be filed by **May 2, 2023**.
Defendant's reply papers will be filed by **May 9, 2023**.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: April 18, 2023

Re:   **United States v. Sharron Wayne**
      **22 Cr. 631 (PGG)**

Dear Judge Gardephe:

  I write, as counsel to Sharron Wayne in the above-captioned matter, to respectfully request a one-week extension of the post-hearing briefing deadline, currently set for April 18, 2023, and a corresponding extension of the response and reply deadlines. An extension is necessary to ensure the effective representation of Mr. Wayne on his motion to suppress. The government does not object to this request.

  Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Counsel of record