# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED:**
The application is denied. The conference will proceed as scheduled.

SO ORDERED.

/s/ Paul G. Gardephe
Paul G. Gardephe
United States District Judge

Dated: June 1, 2023

Re:   **United States v. Sharron Wayne**
      **22 Cr. 631 (PGG)**

Dear Judge Gardephe:

    I write, as counsel to Sharron Wayne in the above-captioned matter, to respectfully request an adjournment of the conference scheduled today for Friday, June 2 at 3:00 pm. Dkt. 40. I am unavailable for the remainder of this week and starting trial on Monday, June 5. I have conferred with the government, and we both expect to be available for a conference the following dates/times: Monday, June 12 after 10:30 am; Tuesday, June 20 after 1 pm; Wednesday, June 21; Thursday, June 22; Friday, June 23.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Counsel of record