UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SHARRON WAYNE,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 631 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

  Trial is scheduled for **October 16, 2023, at 9:30 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due by **September 18, 2023**. Responsive papers are due by **September 25, 2023**.

  A final pretrial conference will take place on **October 13, 2023, at 10:00 a.m.** in the Courtroom described above.

Dated: New York, New York
    August 3, 2023

                SO ORDERED.

                *[signature]*
                Paul G. Gardephe
                United States District Judge