# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Sharron Wayne**
                **22 Cr. 631 (PGG)**

Dear Judge Gardephe:

    I write, as counsel to Sharron Wayne in the above-captioned matter, to respectfully request a 60-day adjournment of Mr. Wayne's sentencing hearing, currently scheduled for January 4, 2024 at 10:30 am, and a corresponding extension of sentencing submission deadlines. This is Mr. Wayne's first request for an adjournment of sentencing. The government takes no position on this request.

    Earlier this week, I finished a trial before Judge Oetken, and I am scheduled for another trial in front of Judge Liman beginning January 8, 2024. An adjournment of Mr. Wayne's sentencing is therefore necessary to ensure he receives the effective assistance of counsel at sentencing.

    Mr. Wayne has remained in the community without incident since his arrest on August 24, 2022. According to his pretrial services officer, Mr. Wayne has done well on pretrial supervision. For over a year, Mr. Wayne has remained in consistent compliance with the conditions of his release, including participating in programming through the Osbourne Association and regularly attending GED classes. In October, just days after finally securing his social security card, Mr. Wayne began working full time at a nearby Pizza Hut.

    Given defense counsel's trial schedule, an adjournment is necessary to ensure the effective representation of Mr. Wayne at sentencing.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne Lenox
Assistant Federal Defender
(212) 417-8721

cc:    Counsel of record

**MEMO ENDORSED:**

The sentencing currently scheduled for January 4, 2024 is adjourned to **February 29, 2024 at 3:00 p.m.**  The Defendant's sentencing submission will be due on **February 15, 2024,** and the Government's submission will be due on **February 22, 2024**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: December 4, 2023