UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SHARRON WAYNE,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 631 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing is adjourned to **August 29, 2024, at 10:00 a.m.**

The home confinement and electronic monitoring conditions of the Defendant's pretrial release are hereby removed. In addition, the Defendant's travel limitations are extended to the Western District of New York and the Northern District of New York.

Dated:  New York, New York
        February 29, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge