```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   1:22-cr-00631-PGG-1
                                      :
    -against-                         :   ORDER
                                      :
Sharron Wayne                         :
                                      :
Defendant                             :
                                      :
--------------------------------------X
```

Paul G. Gardephe, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition: Mental Health Evaluation and Treatment as directed by Pretrial Services.

Dated: April 17, 2024
New York, New York

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge